IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM K. ZIMMERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0933 |
| | ) | Judge Trauger |
| OFFICER WYATT WILBURN and | ) | Magistrate Judge Bryant |
| UNITED STATES FORESTRY SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On April 21, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 12), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is so **ORDERED.**

Enter this 13th day of May 2008.

_____
ALETA A. TRAUGER
U.S. District Judge